FOR THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JULIO AGOSTO CUEVAS<br>TERESA LUGO DIEPPA<br><br>DEBTOR(S) | CASE NO.: 15-04841 MCF<br><br>CHAPTER 13 |

**MOTION UNDER 11 U.S.C §1329**

TO HONORABLE COURT:

Come debtors represented by the undersigned attorney and most respectfully expose and pray:

1. With this motion debtor submits a post confirmation modified plan dated February 9th, 2016.

2. Post confirmation modified plan dated February 9th, 2016 provides for the following payments:

    a) Trustee's payment of secured arrears towards Reverse Mortgage Solutions, Inc. in the amount of $7,320.22.
    b) Debtors will surrender collateral to lien holder Coop Oriental.
    c) Attorney Fees in the amount of $2,490.00; additional Attorney Fees for this PCM in the amount of $350.00.

3. Plan base is $11,490.00 and calls for eighteen (18) payments of $160.00 and forty-two (420) payments of $205.00.

4. Debtors filed a post confirmation plan modification dated February 9th, 2016, to provide for arrears informed in creditor Reverse Mortgage Solutions, Inc. (POC No. 2-1) in the amount of $7,320.22.

5. Modification of the plan will permit the completion of debtors' reorganization under Chapter 13. Debtors are interested in continuing with the bankruptcy proceedings.

6. Debtors hereby request a hearing to consider the approval of the post confirmation plan pursuant to 11 USC §362 (b)(2).

WHEREFORE, debtors respectfully request from this Honorable Court to grant this motion and approve post confirmation modified plan dated February 9th, 2016.

## NOTICE

Parties in interest are notified they have twenty (20) days to file an objection to the modified plan and request a hearing. Absent good cause, untimely objections shall be denied. Absent a timely objection and request for a hearing, the proposed post confirmation modification of a plan becomes the plan under 11 U.S.C. §1329 (b)(2) and Rule 2002 (a) (5).

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, on this 9th day of February 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/s/ JOSÉ Á. LEÓN LANDRAU, ESQ.

JOSÉ Á. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 961-9348

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **JULIO AGOSTO CUEVAS**
**TERESA LUGO DIEPPA**
DEBTOR(S)

BK. CASE # **15-04841 MCF**

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly  [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____
[ ] PRE [✓] POST-CONFIRMATION

[✓] AMENDED PLAN DATED: February 9, 2016
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 160 x 18 = $ 2,880
$ 205 x 42 = $ 8,610
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
$ ___ x ___ = $ 0
TOTAL = 60   $ 11,490

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from

[ ] Sale of property identified as follows:
_____
_____

[ ] Other: _____
_____
_____

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ 0
To be made on: _____

**PROPOSED PLAN BASE:** $ 11,490

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement:    $ 3,000
b. Fees Paid (Pre-Petition):   ($ 510 )
c. R 2016 Outstanding balance: $ 2,490

d. Post Petition Additional Fees: $ 350
e. Total Compensation:        $ 3,350

### III. DISBURSEMENT SCHEDULE SEQUENCE

A. **SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

[ ] **ADEQUATE PROTECTION** Payments: Cr. _____  $ _____

[ ] Trustee will pay secured **ARREARS**:
Cr. Reverse Mortgage   Cr. _____   Cr. _____
Acct. POC 2-1          Acct. _____ Acct. _____
$ 7,321                $ _____     $ _____

[ ] Trustee will pay **REGULAR MONTHLY PAYMENTS**:
(please refer to the above related notice, for important information about this provision)
Cr. _____         Cr. _____         Cr. _____
Acct. _____       Acct. _____       Acct. _____
Monthly Pymt.$ ___ Monthly Pymt.$ ___ Monthly Pymt.$ ___

[ ] Trustee will pay **IN FULL** Secured Claims:
Cr. _____   Cr. _____   Cr. _____
$ _____     $ _____     $ _____

[ ] Trustee will pay **VALUE OF COLLATERAL**:
Cr. _____   Cr. _____   Cr. _____
$ _____     $ _____     $ _____

[ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____   Ins. Co. _____   Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

[ ] Debtor SURRENDERS COLLATERAL TO Lien Holder: COOP ORIENTAL
[ ] Debtor will maintain REGULAR PAYMENTS DIRECTLY to: _____

B. **PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[ ]

C. **UNSECURED PREFERRED:** Plan [ ] Classifies [✓] Does not Classify Claims.

[ ] Class A: [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead": _____
[ ] Class B: [ ] Other Class: _____  [ ]
[ ] Cr. _____   [ ] Cr. _____   [ ] Cr. _____
$ _____         $ _____         $ _____

D. **GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____)
[ ] Will be paid 100% plus ____ % Legal Interest. [ ] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

Signed:
DEBTOR  JULIO AGOSTO CUEVAS

JOINT DEBTOR  TERESA LUGO DIEPPA

ATTORNEY FOR DEBTOR: *Jose A Leon Landrau, Esq.*   Phone: (787) 746-7979

AGOSTO CUEVAS, JULIO
CALLE 18 CC 37
VILLA GUADALUPE
CAGUAS, PR 00725


LUGO DIEPPA, TERESA
CALLE 18 CC 37
VILLA GUADALUPE
CAGUAS, PR 00725


LEON LANDRAU LAW OFFICES
JOSE A. LEON LANDRAU
PO BOX 1687
CAGUAS, PR 00726


COOP ORIENTAL
COOPERATIVA DE AHORRO Y CREDITO
ORIENTAL
PO BOX 876
HUMACAO, PR 00792


DISH
PO BOX 72006
SAN JUAN, PR 00936-7602


LCDO JORGE BIRD SERRANO
SAN JUAN, PR 00919


REVERSE MORTGAGE SOLUTION, INC
2727 SPRING CREEK DR
SPRING, TX 77337-3000


REVERSE MORTGAGE SOLUTIONS, INC
5010 LINBAR DRIVE, SUITE 100
NASHVILLE, TN 37211