UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO
MINUTES OF HEARING

*Hearing Information:*

Debtor: JULIO AGOSTO CUEVAS                Case Number: 15-04841-MCF

Joint Debtor: TERESA LUGO DIEPPA           Chapter: 13

Date / Time / Room: 6-7-2018 at 9:05 AM    Courtroom: 03

Bankruptcy Judge: MILDRED CABAN FLORES

Courtroom Clerk: MARTA BORREGO

Reporter / ECR: EDNA SANABRIA

*Matter:*

DEBTORS' MOTION FOR POST CONFIRMATION MODIFICATION OF CH 13 PLAN DATED 2/12/2018 (DKT #61) AND TRUSTEE'S UNFAVORABLE RECOMMENDATION (DKT #64)

FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY REVERSE MORTGAGE SOLUTIONS, INC. (DKT #34)

*Appearances:*
- [ ] Debtor
- [x] Debtor's Attorney  /s/ Modesto Bigas [signature]
- [x] Trustee
- [ ] Creditors/Others:

*Proceedings:*
ORDER:

- [ ] Debtor's post confirmation modification of plan dated _____ (Dkt #___) is hereby GRANTED as stated and/or agreed to in open Court.

- [ ] The Clerk is to follow up on debtor's post confirmation modified plan dated _____ (Dkt # ___). If no objections are filed, the same will be approved without the need for a hearing.

- [ ] The parties are GRANTED ___ days to file a settlement agreement. The Clerk is to follow up.

- [ ] Debtor[s]' request for conversion to Chapter 7 is hereby GRANTED.  [ ] The conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

- [ ] Debtor[s]' request for dismissal is hereby GRANTED.

- [ ] There being no opposition, debtor[s]' request for Reconsideration of the Dismissal (Dkt #___) is hereby GRANTED. Order Dismissing Case entered on (Dkt # ___) is vacated and set aside.

- [ ] The Objection to Claim No. ___ filed by _____ (Dkt # ___) is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN.

- [x] The Hearing on Contested matter is continued to: 9/20/2018 at 9:00am; together with the final hrg on the motion for relief of stay by Reverse Mortgage Solutions.

- [ ] Other:

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge