## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JULIO AGOSTO CUEVAS

TERESA LUGO DIEPPA


DEBTOR(S)

CASE NO.: 15-04841 MCF



CHAPTER 13


### MOTION FOR POST CONFIRMATION MODIFICATON UNDER 11 U.S.C § 1329


TO THE HONORABLE COURT:


Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(s) and PRAY(s):

1. Debtor(s) is/are submitting a Post Confirmation Modified Chapter 13 Plan, herein attached, to be notified to all interested parties today March 11, 2020.

2. Debtor(s) is/are submitting a Post Confirmation Modified Chapter 13 Plan to amend payments to include post-petition arrears to be paid to RMS, in accordance to joint stipulation filed on December 5, 2019. See Dkt. 101.


WHEREFORE, Debtor(s) respectfully request(s) to this Honorable Court to take notice of the aforementioned.


**NOTICE:** Within twenty-one (21) days after service as evidenced by the certification, and an additional three

(3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System.  All other parties have been notified by the United States Postal mailing service.

Respectfully submitted in Caguas, Puerto Rico, today March 11, 2020.

**/s/ JOSÉ Á. LEÓN LANDRAU, ESQ**.

JOSÉ Á. LEÓN LANDRAU (131506)

Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 961-9348
jleonlandrau@yahoo.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE** DISTRICT OF PUERTO RICO

In Re:
**JULIO AGOSTO CUEVAS**
**TERESA LUGO DIEPPA**

**xxx-xx-1575**
**xxx-xx-8985**

**Puerto Rico Local Form G**

**Chapter 13 Plan dated**    March 11, 2020    .

Case No.: **15-04841**

Chapter 13

☐   Check if this is a pre-confirmation amended plan

☑   Check if this is a post confirmation amended plan
Proposed by:
    ☑  Debtor(s)
    ☐  Trustee
    ☐  Unsecured creditor(s)

If this is an amended plan, list below the sections of the plan that have been changed.
**Section 2.1: to amend payment schedules**
**Section 3.1 to amend arrears to be paid to creditor Reverse Mortgage Solutions, Inc.**
**Section 8.1: to amend description of arrears provided for  in Section 3.2.**

---

## PART 1: Notices

**To Debtor(s):**    **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:**    **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ Included | ☑ **Not Included** |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ **Not Included** |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

| Debtor | **JULIO AGOSTO CUEVAS**<br>**TERESA LUGO DIEPPA** | Case number | **15-04841** |
| --- | --- | --- | --- |

2.1     **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
| --- | --- | --- | --- |
| $160.00 | Months **1** through **18** | $2,880.00 | |
| $205.00 | Months **19** through **54** | $7,380.00 | |
| $650.00 | Months **55** through **60** | $3,900.00 | |
| Subtotals | **60** Months | $14,160.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2     **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*

☐    Debtor(s) will make payments pursuant to a payroll deduction order.
☑    Debtor(s) will make payments directly to the trustee.
☐    Other (specify method of payment): _____

2.3     **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4     **Additional payments:**

*Check one.*

☑    **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART3: Treatment of Secured Claims

3.1     **Maintenance of payments and cure of default, if any.**

*Check one.*

☐    **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
☑    The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
| --- | --- | --- | --- | --- | --- | --- |
| **REVERSE MORTRGAGE SOLUTIONS** | **RESIDENCE WITH THREE BEDROOMS AND ONE BATHROOM LOCATED AT 18TH STREET, CC 37, VILLA GUADALUPE IN CAGUAS PR.** | $0.00 | $10,158.49 (PRE-$7,320.22) (POST-$2,838.27) | 0.00% | | $10,158.49 |

| Debtor | **JULIO AGOSTO CUEVAS** **TERESA LUGO DIEPPA** | | | Case number | **15-04841** | |

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| | | Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | | _____ Months | Starting on Plan Month | _____ |

*Insert additional claims as needed.*

**3.2**  **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3**  **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4**  **Lien Avoidance**.

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5**  **Surrender of collateral.**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of creditor** | **Collateral** |
|---|---|
| **COOP ORIENTAL** | **COOPERATIVA DE AHORRO Y CREDITO ORIENTAL SHARES** |

*Insert additional claims as needed.*

**3.6**  **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☐ Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| **-NONE-** | | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

**3.7**  **Other secured claims modifications.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

| Debtor | **JULIO AGOSTO CUEVAS** | Case number | **15-04841** |
|--------|-------------------------|-------------|--------------|
|        | **TERESA LUGO DIEPPA**  |             |              |

4.1 **General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**

Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

☑ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

|                                                                              |   |            |
|------------------------------------------------------------------------------|---|------------|
| Attorney's fees paid pre-petition:                                           | $ | **510.00** |
| Balance of attorney's fees to be paid under this plan are estimated to be:   | $ | **2,490.00** |
| If this is a post-confirmation amended plan, estimated attorney's fees:      | $ |            |

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*

☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1 **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $ .
☐ _____% of the total amount of these claims, an estimated payment of $_____.
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☐ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $_____.

5.2 **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

5.3 **Other separately classified nonpriority unsecured claims.**

*Check one.*

Puerto Rico Local Form G (LBF-G)  Chapter 13 Plan  Page 4

| Debtor | **JULIO AGOSTO CUEVAS**<br>**TERESA LUGO DIEPPA** | Case number | **15-04841** |
|---|---|---|---|

☑       **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1**      The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☑       **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1**      **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☑    Plan confirmation.
☐    Entry of discharge.
☐    Other: _____

**7.2**      **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1**      **Check "None" or list the nonstandard plan provisions**
☐       **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
**8.2 ARREARS ,TOWARDS REVERSE MORTGAGE SOLUTIONS**

**IN THE AMOUNT OF $10,158.49 CORRESPOND TO PRE-PETITION ARREARS OF $7,320.22 AND POST-PETITION ARREARS OF $2,838.27.**

**8.3 TAX REFUNDS**

| Debtor | **JULIO AGOSTO CUEVAS** | Case number | **15-04841** |
| | **TERESA LUGO DIEPPA** | | |

**Tax refunds will be devoted, as periodic payments, to fund the plan's completion. The tender of such payments shall deem the plan modified by such amount increasing the base without the need of further notice, hearing or court Order. Any partial or total use of such refund will require authorization of the Court.**

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/ JOSÉ Á. LEÓN LANDRAU                     Date  **March 11, 2020**
**JOSÉ Á. LEÓN LANDRAU 131506**
**Signature of Attorney of Debtor(s)**

/s/ JULIO AGOSTO CUEVAS                      **Date**    **March 11, 2020**
**JULIO AGOSTO CUEVAS**
/s/ TERESA LUGO DIEPPA                       **Date**    **March 11, 2020**
**TERESA LUGO DIEPPA**

**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

.

JULIO AGOSTO CUEVAS
CALLE 18 CC 37
VILLA GUADALUPE
CAGUAS, PR 00725


TERESA LUGO DIEPPA
CALLE 18 CC 37
VILLA GUADALUPE
CAGUAS, PR 00725


JOSÉ Á. LEÓN LANDRAU
LEÓN LANDRAU, C.P.
PO BOX 1687
CAGUAS, PR 00726


COOP ORIENTAL
COOPERATIVA DE AHORRO Y CREDITO ORIENTAL
PO BOX 876
HUMACAO, PR 00792


DISH
PO BOX 72006
SAN JUAN, PR 00936-7602


LCDO JORGE BIRD SERRANO
SAN JUAN, PR 00919


REVERSE MORTGAGE SOLUTION, INC
2727 SPRING CREEK DR
SPRING, TX 77337-3000


REVERSE MORTGAGE SOLUTIONS, INC
5010 LINBAR DRIVE, SUITE 100
NASHVILLE, TN 37211


REVERSE MORTRGAGE SOLUTIONS
2727 SPRING CREEK DRIVE
SPRING, TX 77373