IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  **AMENDED DOCUMENT**

JULIO AGOSTO CUEVAS   CASE NO.  15-04841-MCF
TERESA LUGO DIEPPA    CHAPTER 13
   DEBTOR(S)

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 3/11/2020

With respect to the above-referred payment plan with a base of $14,160.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE          [X] UNFAVORABLE

The liquidation value of the estate is $: 0.00

The general unsecured pool is $: 0.00

The applicable commitment period (years) is: 3

1. [X] **FEASIBILITY 11 USC § 1325(a)(6):** Per PCM debtor has 2 months in arrears ($410.00)

2. [X] **INSUFFICIENTLY FUNDED § 1325(b):**

The current plan base is insufficient to comply with the proposed disbursement schedule.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [X] **FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

As per amended schedule J debtors disposable income is $330.00 and plan proposes payments of $650.00

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] **OTHER:**

(1) Plan Payment schedule to be revised along with payments already made to Trustee. Trustee hereby notes that he already received 18 payments in the amount of $160.00, 12 payments in the amount of $205.00, 22 payments in the amount of $330.00 and 1 payment in the amount of $500.00  (2) Section 4.3 (Attorney's Fees)-the balance of attorney's fees to be paid under the plan are $2,840 instead $2,490. (3) Trustee will not make disbursement unless an amended claim or a new claim is filed for post -petitions arrears Reverse Mortgage Solutions.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 5/29/2020

<u>JOSE A LEON LANDRAU*</u>

COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-EN