# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

In re:
    JULIO AGOSTO CUEVAS
    TERESA LUGO DIEPPA
        Debtor(s)

Case No. 15-04841-MCF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/26/2015.

2) The plan was confirmed on 09/28/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/08/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/24/2020.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,019.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,600.00 |
| Less amount refunded to debtor | $2,858.49 |

**NET RECEIPTS:** $11,741.51

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,840.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,078.69 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,918.69

Attorney fees paid and disclosed by debtor: $510.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 0.00 | 5,478.93 | 502.60 | 0.00 |
| REVERSE MORTGAGE SOLUTIONS IN | Secured | 0.00 | NA | 1,089.00 | 0.00 | 0.00 |
| REVERSE MORTGAGE SOLUTIONS IN | Secured | 79,000.00 | NA | 7,320.22 | 7,320.22 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $8,409.22 | $7,320.22 | $0.00 |
| **TOTAL SECURED:** | **$8,409.22** | **$7,320.22** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,478.93** | **$502.60** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,918.69 |
| Disbursements to Creditors | $7,822.82 |
| **TOTAL DISBURSEMENTS :** | **$11,741.51** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/01/2020              By: /s/ ALEJANDRO OLIVERAS RIVERA
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

15-04841-MCF  CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JULIO AGOSTO CUEVAS
VILLA GUADALUPE
CC37 CALLE 18
CAGUAS, PR 00725-4053

TERESA LUGO DIEPPA
CALLE 18 CC 37
VILLA GUADALUPE
CAGUAS, PR 00725

COOP ORIENTAL DE HUMACAO
PO BOX 876
HUMACAO, PR 00792

DISH
PO BOX 72006
SAN JUAN, PR 00936-7602

LCDO JORGE BIRD SERRANO
SAN JUAN, PR 00919
SAN JUAN, PR 00919

REVERSE MORTGAGE SOLUTION, INC
2727 SPRING CREEK DR
SPRING, TX 77337-3000

REVERSE MORTGAGE SOLUTION, INC
2727 SPRING CREEK DRIVE
SPRING, TX 77373

REVERSE MORTGAGE SOLUTIONS INC
MARTINEZ AND TORRES LAW OFFICES PSC
C/O PATRICIA I VARELA HARRISON ESQ
PO BOX 192938
SAN JUAN, PR 00919-2938

QUANTUM3 GROUP LLC
AS AGENT FOR SADINO FUNDING LLC
PO BOX 788
KIRKLAND, WA 98083-0788

REVERSE MORTGAGE SOLUTIONS INC
ROBERTSON ANSCHUTZ AND SCHNEID PL
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE SUITE 100
BOCA RATON, FL 33487

**UST Form 101-13-FR-S (09/01/2009)**

REVERSE MORTGAGE SOLUTIONS INC
14405 WALTERS ROAD SUITE 200
HOUSTON, TX  77014

FINANCE OF AMERICA REVERSE LLC
FJ LAW OFFICE LLC
PO BOX 9023593
SAN JUAN, PR  00902-3593

|  |  |
|---|---|
| DATED:   October 01, 2020 | /S/Olga Lopez<br>OFFICE OF THE CHAPTER 13 TRUSTEE |

UST Form 101-13-FR-S (09/01/2009)